# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and the classes | ) | |
| defined herein, | ) | |
| | ) | 15-cv-591 |
| Plaintiff, | ) | |
| | ) | Judge Milton I. Shadur |
| v. | ) | Magistrate Judge Sidney L. Schenkier |
| | ) | |
| ENVIRONMENTAL SOLUTIONS | ) | |
| ASSOCIATION, a corporation, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## FED.R.CIV.P. 41(a)(1)
## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Scott Dolemba ("Plaintiff"), hereby voluntarily dismisses his individual and the class claims against Defendants Environmental Solutions Association and John Does 1-10 without prejudice. This voluntary dismissal disposes of all claims against all parties.

      s/Rebecca A. Cohen
      Rebecca A. Cohen

Daniel A. Edelman
Cathleen M. Combs
Rebecca A. Cohen
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

1

## **CERTIFICATE OF SERVICE**

      I, Rebecca A. Cohen, hereby certify that on January 23, 2015, I caused to be served a true and accurate copy of the foregoing documents via US Mail upon the following party:

**Environmental Solutions Association**
422 Pine St.
Williamsport, PA 17701

                                          s/Rebecca A. Cohen
                                          Rebecca A. Cohen

Daniel A. Edelman
Cathleen M. Combs
Rebecca A. Cohen
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com