## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Scott Dolemba

                        Plaintiff,

v.                                                        Case No.: 1:15−cv−00591

                                                                      Honorable Milton I. Shadur

Environmental Solutions Association, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2015:

      MINUTE entry before the Honorable Milton I. Shadur:Motion hearing set for 1/28/2015 is stricken. This case is voluntarily dismissed without prejudice. Motion to certify class [4] is denied as moot. Motion to continue [10] is denied as moot. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.